IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGINALD JOHNSON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No.  13-2743 |
| DETECTIVE JOHN DOE, et al., | : | |
| Defendants. | : | |

### O R D E R

**AND NOW,** this 29th day of April 2014, upon consideration of Defendant, MHM Correctional Services' ("Defendant"), Motion to Dismiss the Second Amended Complaint (Doc. 22), Plaintiff, Reginald Johnson's[1] ("Plaintiff") Response in Opposition, Defendant's Reply and Plaintiff's Response thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

It is **FURTHER ORDERED** that all claims against Defendant are **DISMISSED**.

BY  THE  COURT:

/s/ Robert F. Kelly
ROBERT  F. KELLY
SENIOR  JUDGE

---

[1] Plaintiff has filed suit in his capacity as the Administrator of the Estate of James Alton Stephens.